05/15/2013 02:42 PM EDT                                                                                              Version 7.1    Page 1   of   1

# U.S. Courts
## Case Inquiry Report
Case Num: DOKN407CR000153; Party Num: 001; Payee Code: N/A
Show Party Details: N; Show Payee Details: N; Show Transactions: N

Case Number   DOKN407CR000153      Case Title   USA V.CHRISTOPHER TRAVIS FREEMAN

**Summary Party Information:**

| Party# | Party Code | Party Name | Account Code | Debt Type | JS Account # | Total Owed | Total Collected | Total Outstanding |
|---|---|---|---|---|---|---|---|---|
| 001 | CONV002047 | CHRISTOPHER TRAVIS FREEMAN | XMM00000449 | FINE- CVF | | 500.00 | 500.00 | 0.00 |
| 001 | CONV002047 | CHRISTOPHER TRAVIS FREEMAN | XMM00000449 | SPECIAL ASSESSMENT | | 100.00 | 100.00 | 0.00 |
| | | | | | | 600.00 | 600.00 | 0.00 |

**Registry Information:**

| Depository Code | Depository Name | Account Type | Account Number | Depository Total |
|---|---|---|---|---|

05/15/2013 02:43 PM EDT                                                                                                        Version 7.1    Page 1    of 1

# U.S. Courts
## Case Inquiry Report
Case Num: DOKN407CR000154; Party Num: 003; Payee Code: N/A
Show Party Details: N; Show Payee Details: N; Show Transactions: N

Case Number   DOKN407CR000154        Case Title    USA V. TIFFANY WEIDEL

**Summary Party Information:**

| Party# | Party Code | Party Name | Account Code | Debt Type | JS Account # | Total Owed | Total Collected | Total Outstanding |
|---|---|---|---|---|---|---|---|---|
| 003 | CONV002047 | CHRISTOPHER TRAVIS FREEMAN | XXNM00000450 | FINE- CVF | | 500.00 | 0.00 | 500.00 |
| 003 | CONV002047 | CHRISTOPHER TRAVIS FREEMAN | XXNM00000450 | SPECIAL ASSESSMENT | | 100.00 | 0.00 | 100.00 |
| | | | | | | 600.00 | 0.00 | 600.00 |

**Registry Information:**

| Depository Code | Depository Name | Account Type | Account Number | Depository Total |
|---|---|---|---|---|

05/15/2013 02:45 PM EDT                                                                                                      Version 7.1    Page  1    of   1

# U.S. Courts
## Case Inquiry Report
Case Num: DOKN407CR000156;  Party Num: 002;  Payee Code: N/A
Show Party Details: N;  Show Payee Details: N;  Show Transactions: N

Case Number    DOKN407CR000156        Case Title    USA V.CHRISTOPHER TRAVIS FREEMAN

**Summary Party Information:**

| Party# | Party Code | Party Name | Account Code | Debt Type | JS Account # | Total Owed | Total Collected | Total Outstanding |
|---|---|---|---|---|---|---|---|---|
| 002 | CONV002047 | CHRISTOPHER TRAVIS FREEMAN | XNM00000451 | FINE- CVF | | 500.00 | 500.00 | 0.00 |
| 002 | CONV002047 | CHRISTOPHER TRAVIS FREEMAN | XNM00000451 | SPECIAL ASSESSMENT | | 100.00 | 100.00 | 0.00 |
| | | | | | | 600.00 | 600.00 | 0.00 |

**Registry Information:**

| Depository Code | Depository Name | Account Type | Account Number | Depository Total |
|---|---|---|---|---|