Prob 19
(1/82)

# United States District Court
## for the
## EASTERN DISTRICT OF OKLAHOMA


RECEIVED
U.S. MARSHAL
EASTERN OKLAHOMA
2013 MAR 25 AM 8:31

U.S.A. vs **FREEMAN, Christopher Travis**   Docket No.   CR-13-0024-RAW

TO: Any United States Marshal or any other authorized officer.

| WARRANT FOR ARREST OF PROBATIONER/SUPERVISED RELEASEE ||||
|---|---|---|---|
| You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her supervision imposed by the court. ||||
| NAME OF SUBJECT<br><br>Christopher Travis Freeman | SEX<br><br>M | RACE<br><br>W | AGE<br><br>33 |
| ADDRESS (STREET, CITY, STATE) ||||
| SENTENCE IMPOSED BY (NAME OF COURT)<br><br>Eastern District of Oklahoma ||||
| CLERK<br><br>William B. Guthrie | (BY) DEPUTY CLERK<br><br>*Nancy Dorn* || DATE<br><br>March 22, 2013 |

| RETURN ||||
|---|---|---|---|
| Warrant received and executed | DATE RECEIVED<br><br>3/25/13 || DATE EXECUTED<br><br>3/26/13 |
| EXECUTING AGENCY (NAME AND ADDRESS)<br><br>Arrested by USMS in Muskogee ||||
| NAME<br><br>Thomas Wayerski, DUSM | (BY)<br><br>*Thomas B. Wayerski* || DATE<br><br>3/27/13 |

FILED
MAR 28 2013
WILLIAM B. GUTHRIE
Clerk, U.S. District Court
By _____ Deputy Clerk

Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for the EASTERN DISTRICT OF OKLAHOMA;" or "any United States Marshal; or "Any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."